UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

LOCAL UNION NO. 97, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

                                     Plaintiff,

           -against-

NRG ENERGY, INC.

                                  Defendant.
-----------------------------------------------------------------

**STIPULATION OF EXTENSION**

Civil Action No.

5:05-cv-01192
(FJS) (GHL)

    *IT IS HEREBY STIPULATED AND AGREED* by and between the undersigned attorneys for the respective parties herein that Defendant shall have an extension of time until November 17, 2005 to answer, or otherwise respond to, the Complaint brought by Plaintiff in the above entitled action.

DATED:    Syracuse, New York
               October 14, 2005

| /S/ Donald D. Oliver | /S/ Timothy J. Lambrecht | /S/ Susan Katz Hoffman |
|---|---|---|
| Donald D. Oliver, Esq. | Timothy J. Lambrecht, Esq. | /S/ Thomas J. Cole |
| Bar Number: 102298 | Bar Number: 510390 | *Of Counsel for Defendant* |
| BLITMAN & KING, LLP | DEVORSETZ STINZIANO | Susan Katz Hoffman, Esq. |
| Attorneys for Plaintiff | GILBERTI HEINTZ & SMITH, PC | Thomas J. Cole, Jr., Esq. |
| Franklin Center, Suite 300 | Attorneys for Defendant | PEPPER HAMILTON, LLP |
| 443 North Franklin Street | 555 East Genesee Street | 3000 Two Logan Square |
| Syracuse, New York 13204-1415 | Syracuse, New York 13202-2159 | Eighteenth & Arch Streets |
| (315) 422-7111 | (315) 442-0100 | Philadelphia, PA 19103-2799 |
| (315) 471-2623 (fax) | (315) 442-0106 (fax) | (215) 981-4000 |
| | | (215) 981-4750 (fax) |

So Ordered: *[signature]*
Hon. George H. Lowe, USMJ

F:\ENV\NRGE01\45116\Pleadings\stip of ext.doc